UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MIGLAB TRAVAUX ET SERVICES,                         :
:
                             Plaintiff,           :          25-CV-06318 (JAV)
:
        -v-                                             :                    ORDER
:
UNITED STATES OF AMERICA, and                       :
INTERNATIONAL ARMORING CORPORATION,                 :
:
                        Defendants.          :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On September 4, 2025, Defendant International Armoring Corporation filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF No. 12. Defendant United States of America's response to the Complaint is due on **October 14, 2025**. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

       Accordingly, it is hereby ORDERED that, pursuant to Rule 5.I of this Court's Individual Rules and Practices in Civil Cases, by **October 24, 2025**, the non-moving party must notify the Court whether it intends to file an amended pleading or rely on the pleading being attacked.

       For purposes of judicial efficiency and orderly management of the docket, the Court hereby ORDERS that Plaintiff's deadline to amend the Complaint to address issues in any motions to dismiss that may be filed in this case is extended **November 4, 2025**. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by any motions to dismiss. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff is on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiff does amend, by **November 25, 2025**, Defendant(s) shall: (1) file an answer; (2) file a motion to dismiss; or (3) file a letter on ECF stating that they rely on a previously filed motion to dismiss. If Defendant(s) file an answer or a new motion to dismiss, the Court will deny any previously filed motion to dismiss as moot. If Defendant(s) file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, Plaintiff's opposition papers shall be filed by **December 9, 2025**, and any reply shall be filed by **December 16, 2025**.

      If Plaintiff elects not to amend the pleadings, Plaintiff shall file any opposition to any motions to dismiss by **November 4, 2025**. Defendants shall file any reply by **November 12, 2025**.

SO ORDERED.

Dated: September 15, 2025  
      New York, New York

                                          JEANNETTE A. VARGAS  
                                          United States District Judge