UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                   :

MIGLAB TRAVAUX et SERVICES,         :

                Plaintiff,        :

                                   :        25-CV-06318 (JAV)

      -v-                     :

                                   :        ORDER

UNITED STATES OF AMERICA, et al.     :

                                   :

                Defendants.     :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        For the reasons stated on the record during the conference held on January 23, 2026, discovery in this matter shall be stayed pending the Court's ruling on Defendant International Armoring Corporation's Motion to Dismiss, ECF No. 28, and Defendant United States of America's Motion to Dismiss and Motion for Summary Judgment, ECF No. 36.

        SO ORDERED.

Dated: January 23, 2026
       New York, New York                                _____

                                          JEANNETTE A. VARGAS
                                        United States District Judge