**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

MIGLAB TRAVAUX ET SERVICES,

Plaintiff,

-against-

25 **CIVIL** 6318 (JAV)

# JUDGMENT

UNITED STTAES OF AMERICA, and
INTERNATIONAL ARMORING
CORPORATION,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 28, 2026, both IAC and the Government's motions to dismiss are **GRANTED**; accordingly, the case is closed.

**Dated:** New York, New York

July 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**